RECEIVED

MAY 2 2 2008

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| **WILFORD SIMMONS** | **CIVIL ACTION NO. 07-1181** |
| VS. | SECTION P |
| **WARDEN TERRY TERRELL** | JUDGE DOHERTY |
| | MAGISTRATE JUDGE HILL |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law;

**IT IS ORDERED** that the instant petition for writ of *habeas corpus* is **DENIED** and **DISMISSED WITH PREJUDICE** pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

THUS DONE AND SIGNED in Chambers at Lafayette, Louisiana, this 22 day of May, 2008.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE