RECEIVED

JUN 1 1 2008

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

| | |
|---|---|
| **WILFORD SIMMONS** | **CIVIL ACTION NO. 2:07CV1181** |
| **VERSUS** | **JUDGE DOHERTY** |
| **WARDEN ALLEN CORR. CENTER** | **MAGISTRATE JUDGE HILL** |

### CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas case, the court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

_X_ The certificate of appealability is DENIED because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.

___ The certificate of appealability is GRANTED for the below reasons:

The applicant has made a substantial showing that the following issues constitute a denial of a constitutional right:

Signed at Lafayette, Louisiana, this 11 Day of June, 2008.

Rebecca F. Doherty
UNITED STATES DISTRICT JUDGE